**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TIMOTHY MULLINS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 2:20-CV-1883** |
| | ) | |
| | ) | |
| **The CONSOL Energy, Inc. Long Term** | ) | |
| **Disability Plan** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>Statement of No Procedural Challenge in ERISA Case</u>**

As required by the Scheduling Order for ERISA Action dated February 23, 2021, this is Plaintiff's statement of no procedural challenge in this case.

Respectfully submitted,

*Timothy Mullins*
By Counsel

_____*/s/ Tybe A. Brett*_____
Tybe A. Brett, Esq. PA I.D. 30064
tbrett@fdpklaw.com
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
412- 281-8400 phone | 412-281-1007 fax

_____*/s/ Benjamin W. Glass, III*_____
Benjamin W. Glass, III | VSB #23152
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
703-591-9829 phone | 703-783-0686 fax
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiff*