IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case 2-20-cv-1883-NR |
| v. | ) |
| | ) |
| THE CONSOL ENERGY, INC. LONG | ) |
| TERM DISABILITY PLAN, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED STATEMENT OF STANDARD OF REVIEW

Plaintiff Timothy Mullins and Defendant CONSOL Energy, Inc. Long Term Disability

Plan ("Plan"), which is a component of The CONSOL Energy, Inc. Health and Welfare Plan, by

and through their undersigned counsel, hereby stipulate that ERISA's arbitrary and capricious

standard of review applies in this case because the Plan expressly provides the Plan

Administrator, Consol Energy, Inc., and its designated Claims Administrator, Lincoln Life

Assurance Company of Boston, discretionary authority to determine eligibility for benefits and

to construe the terms of the Plan.  *See Addington v. Senior Vice President Human Resources*

*CONSOL Energy, Incorporated*, __ Fed. Appx. __, 2020 WL 7774952, *7 (3d Cir., Dec. 30,

2020).

Date:  March 23, 2021

Respectfully submitted,

*/s/ Tybe A. Brett*
Tybe A. Brett, Esq. (PA 30064)
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: 412-281-8400
Fax: 412-281-1007
tbrett@fdpklaw.com

*/s/ Benjamin W. Glass*
Benjamin W. Glass, III, Esq. (VSB 23152)
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
Telephone: 703-591-9829
Fax: 703-783-0686
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

*/s/ David J. Laurent*
David J. Laurent (PA 33150)
david.laurent@bipc.com
William P. Lewis (PA 316527)
william.lewis@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
Telephone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Defendant*