UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY MULLINS** | ) | |
| | ) | |
| | ) | |
| v.    Plaintiff(s), | ) | Civil Action No. _2:20-CV-1883_____ |
| **The CONSOL Energy, Inc. Long Term Disability Plan** | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**

Select one of the following processes:

     x_____ Mediation
     _____ Early Neutral Evaluation (ENE)
     _____ Court sponsored Binding[1] Arbitration
     _____ Court sponsored Non-binding Arbitration
     _____ Other (please identify process and provider) _____

_____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures.  It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II.  COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration.  For that process, costs are paid by the Court in accordance with 28 USC §658.):

     _50_____ % by Plaintiff(s)
     _50_____ % by Defendant(s)
     _____ % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III.  NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Gerald Kobell |
| Address of Neutral: | 2758 Mt. Royal Road, Pittsburgh, PA 15217-2546 |
| Telephone & FAX Numbers: | Phone: (412) 422-3226 \| Fax: (412) 412-3227 |
| Email address of Neutral: | geraldkobell@aol.com |
| **Date of ADR Session:** | Thursday, April 29, 2021 |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV.  PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

Benjamin W. Glass, III
Attorney for Plaintiff(s)

Timothy Mullins
Plaintiff(s)

_____
Corporate Representative
(Name and Title)

David J. Laurent
Attorney for Defendant(s)

Deborah J. Lackovic, Director-Benefits
Defendant(s)

Jessica DeForest, Manager-Health & Retirement

Matthew S. Tyree, Senior Counsel
Corporate Representative
(Name and Title)

_____
Attorney for Third Party Defendant(s)

_____
Third Party Defendant(s)

_____
Corporate Representative
(Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V.  ACKNOWLEDGMENT

  We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: April 22, 2021

         Attorney for Plaintiff(s)

Dated: April 22, 2021

         David J. Laurent

         Attorney for Defendant(s)

Rev. 4/2017