**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TIMOTHY MULLINS | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-1883-NR |
| | ) | |
| v. | ) | |
| | ) | |
| THE CONSOL ENERGY, INC. | ) | |
| LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff hereby moves for Summary Judgment and files his supporting memorandum.

      Respectfully submitted,


BY:       */s/ Benjamin W. Glass, III*
            Benjamin W. Glass, III | VSB #23152
            Benjamin W. Glass, III & Assoc., PC
            3998 Fair Ridge Drive, #250
            Fairfax, VA 22033
            703-591-9829 phone | 703-783-0686 fax
            Ben@BenGlassLaw.com
            *Admitted Pro Hac Vice*

            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on June 15, 2021, filed a copy of the foregoing document electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

BY:    _____*/s/ Benjamin W. Glass, III*_____
Benjamin W. Glass, III | VSB #23152
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
703-591-9829 phone | 703-783-0686 fax
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*

*Counsel for Plaintiff*