**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TIMOTHY MULLINS

        Plaintiff,

        v.

THE CONSOL ENERGY, INC.
LONG TERM DISABILITY PLAN,

        Defendant.

Civil Action No.:  2:20-CV-1883-NR

Judge J. Nicholas Ranjan

---

# EXHIBITS

## TO MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

Benjamin W. Glass, III (VSB #23152)
Benjamin Glass, III & Associates, P.C.
3998 Fair Ridge Drive # 250
Fairfax VA 22033
(703) 591-9829
FAX: (703) 783-0686
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*

**TABLE OF CONTENTS**

Table of Contents.............................................................................................................i

Exhibit 1....................................................................................................................1

Exhibit 2....................................................................................................................5

Exhibit 3....................................................................................................................9

Exhibit 4..................................................................................................................12

Exhibit 5..................................................................................................................14

Exhibit 6..................................................................................................................16

Exhibit 7..................................................................................................................18

# EXHIBIT 1

**United States Census Bureau**
**QuickFacts**
**Buchanan County, Virginia**



## QuickFacts
### Buchanan County, Virginia

QuickFacts provides statistics for all states and counties, and for cities and towns with a ***population of 5,000 or more***.

### Table

| All Topics | Buchanan County, Virginia |
|---|---:|
| **Population estimates, July 1, 2019, (V2019)** | **21,004** |
| 👤 **PEOPLE** | |
| **Population** | |
| **Population estimates, July 1, 2019, (V2019)** | **21,004** |
| Population estimates base, April 1, 2010, (V2019) | 24,102 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2019, (V2019) | -12.9% |
| Population, Census, April 1, 2010 | 24,098 |
| Population, Census, April 1, 2020 | X |
| **Age and Sex** | |
| Persons under 5 years, percent | ▲ 4.2% |
| Persons under 18 years, percent | ▲ 17.3% |
| Persons 65 years and over, percent | ▲ 23.1% |
| Female persons, percent | ▲ 49.4% |
| **Race and Hispanic Origin** | |
| White alone, percent | ▲ 95.3% |
| Black or African American alone, percent   (a) | ▲ 3.4% |
| American Indian and Alaska Native alone, percent   (a) | ▲ 0.2% |
| Asian alone, percent   (a) | ▲ 0.4% |
| Native Hawaiian and Other Pacific Islander alone, percent   (a) | ▲ Z |
| Two or More Races, percent | ▲ 0.7% |
| Hispanic or Latino, percent   (b) | ▲ 0.9% |
| White alone, not Hispanic or Latino, percent | ▲ 94.6% |
| **Population Characteristics** | |
| Veterans, 2015-2019 | 806 |
| Foreign born persons, percent, 2015-2019 | 1.8% |
| **Housing** | |
| Housing units, July 1, 2019, (V2019) | 11,556 |
| Owner-occupied housing unit rate, 2015-2019 | 77.3% |
| Median value of owner-occupied housing units, 2015-2019 | $72,300 |
| Median selected monthly owner costs -with a mortgage, 2015-2019 | $984 |
| Median selected monthly owner costs -without a mortgage, 2015-2019 | $308 |
| Median gross rent, 2015-2019 | $617 |
| Building permits, 2020 | 7 |
| **Families & Living Arrangements** | |
| Households, 2015-2019 | 8,569 |
| Persons per household, 2015-2019 | 2.44 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2015-2019 | 91.2% |
| Language other than English spoken at home, percent of persons age 5 years+, 2015-2019 | 2.0% |
| **Computer and Internet Use** | |
| Households with a computer, percent, 2015-2019 | 72.6% |
| Households with a broadband Internet subscription, percent, 2015-2019 | 64.7% |
| **Education** | |
| High school graduate or higher, percent of persons age 25 years+, 2015-2019 | 70.1% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2015-2019 | 11.8% |
| **Health** | |
| With a disability, under age 65 years, percent, 2015-2019 | 20.3% |
| Persons without health insurance, under age 65 years, percent | ▲ 12.9% |
| **Economy** | |
| In civilian labor force, total, percent of population age 16 years+, 2015-2019 | 37.6% |
| In civilian labor force, female, percent of population age 16 years+, 2015-2019 | 33.3% |
| Total accommodation and food services sales, 2012 ($1,000)   (c) | 15,258 |
| | 53,399 |

| | |
|---|---:|
| Total health care and social assistance receipts/revenue, 2012 ($1,000)   (c) | |
| Total manufacturers shipments, 2012 ($1,000)   (c) | 91,685 |
| Total merchant wholesaler sales, 2012 ($1,000)   (c) | 265,343 |
| Total retail sales, 2012 ($1,000)   (c) | 173,035 |
| Total retail sales per capita, 2012   (c) | $7,252 |

**Transportation**

| | |
|---|---:|
| Mean travel time to work (minutes), workers age 16 years+, 2015-2019 | 27.3 |

**Income & Poverty**

| | |
|---|---:|
| Median household income (in 2019 dollars), 2015-2019 | $31,956 |
| Per capita income in past 12 months (in 2019 dollars), 2015-2019 | $19,496 |
| Persons in poverty, percent | ▲ 21.7% |

### ▟ BUSINESSES

**Businesses**

| | |
|---|---:|
| Total employer establishments, 2019 | 373 |
| Total employment, 2019 | 5,090 |
| Total annual payroll, 2019 ($1,000) | 251,410 |
| Total employment, percent change, 2018-2019 | 1.4% |
| Total nonemployer establishments, 2018 | 802 |
| All firms, 2012 | 1,056 |
| Men-owned firms, 2012 | 514 |
| Women-owned firms, 2012 | 366 |
| Minority-owned firms, 2012 | 41 |
| Nonminority-owned firms, 2012 | 961 |
| Veteran-owned firms, 2012 | 226 |
| Nonveteran-owned firms, 2012 | 753 |

### 🌐 GEOGRAPHY

**Geography**

| | |
|---|---:|
| Population per square mile, 2010 | 47.9 |
| Land area in square miles, 2010 | 502.76 |
| FIPS Code | 51027 |

3

About datasets used in this table

**Value Notes**

♠ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the row in TABLE view to learn about sampling error.

The vintage year (e.g., V2019) refers to the final year of the series (2010 thru 2019). *Different vintage years of estimates are not comparable.*

**Fact Notes**
**(a)** Includes persons reporting only one race
**(c)** Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data
**(b)** Hispanics may be of any race, so also are included in applicable race categories

**Value Flags**
**-** Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper in open ended distribution.
**F** Fewer than 25 firms
**D** Suppressed to avoid disclosure of confidential information
**N** Data for this geographic area cannot be displayed because the number of sample cases is too small.
**FN** Footnote on this item in place of data
**X** Not applicable
**S** Suppressed; does not meet publication standards
**NA** Not available
**Z** Value greater than zero but less than half unit of measure shown

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and F Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

---

4

# EXHIBIT 2

**CONSOL Energy celebrating30-year anniversary of Buchanan Mine**
**BY ALLIE ROBINSON | BRISTOL HERALD COURIER**
**Jul 11, 2013**

2:20-cv-01883 MULLINS v. CONSOL    EXHIBIT 2

6/7/2021                    CONSOL Energy celebrating 30-year anniversary of Buchanan Mine | Local News | heraldcourier.com

https://heraldcourier.com/news/local/consol-energy-celebrating-30-year-anniversary-of-buchanan-mine/article_42479e4c-ea8f-11e2-86e5-0019bb30f31a.html

# CONSOL Energy celebrating 30-year anniversary of Buchanan Mine

BY ALLIE ROBINSON | BRISTOL HERALD COURIER
Jul 11, 2013

OAKWOOD, Va. - At nearly 150 years old, CONSOL Energy is no infant in the coal mining industry.

Still, celebrating the 30-year anniversary of its Buchanan Mine is a pretty big deal, company officials said Thursday.

This year marks three decades since development started on the mine, which has in that time pumped out more than 92 million tons of coal, according to company data.

"Thirty years... it's a pretty big deal," said Brett Holbrook, general mine superintendent.

Throughout the week, company employees have celebrated the milestone with a picnic and signs and balloons hang throughout the main office.

Holbrook has been with CONSOL for 32 years, and has worked at the Buchanan Mine site for a total of about 13 of them. He said a few of the miners who started when the mine officially began producing coal - in 1987 - are still on the payroll.

Still, it's pretty unique for a miner to work an entire career in one facility.

"We're very proud of our mine," said Jack Richardson, vice president of Central Appalachia Operations for the company, adding that it is the largest mine in Virginia.

He said the mine is the only one in Virginia mined in the longwall method.

"This is one of the premier jobs to work in the entire area," Richardson said. "Really, the best resource we have is not the [metallurgical] coal or the methane gas we capture … it's the people."

Honaker said it is hard to guess how much longer the mine can operate, since the amount of coal mined depends on the global market and the demand for the coal.

The coal produced in the Buchanan County mine complex is shipped all over the world and is used mainly to make steel. Each year, the coal produced in the mine results in more than 8.5 million tons of steel, which is enough to build more than 6 million vehicles, according to company data.

Richardson said the productivity can be chalked up, in large part, to a good seam of coal.

"Thirty years, for any company to have one mine sustain itself for 30 years is remarkable," he said. "We have very good conditions."

He said last week he visited the part of the mine that was built in the 1980s, and was impressed by its condition.

"It still looks great, like it was mined yesterday," he said. "The seam has been consistent."

**arobinson@bristolnews.com** | 276-791-5459

Twitter: @BHC_Allie

---

### YOU SHOULD KNOW

**By the Numbers:**

CONSOL Energy's Buchanan Mine

- 4.5 million - Tons of coal produced annually
- 1983 – The year CONSOL started developing the mine

- $10 million - Cost of electricity used per year to power the mine
- 627 - Employees

8

# EXHIBIT 3

**CONSOL Energy selling Buchanan mine in Virginia**
**Transmission Intelligence Service**
**February 29, 2016**

# CONSOL Energy selling Buchanan mine in Virginia



**CONSOL Energy** (NYSE:  CNX) has entered into an agreement for the sale of its Buchanan Mine in southwestern Virginia and certain other metallurgical coal reserves to **Coronado IV LLC** for total consideration to CONSOL of $420m, including $398m cash payable at the closing.

The transaction is not subject to a financing condition and is being funded by **Energy and Minerals Group** (EMG), which is the management company for a series of specialized private equity funds. EMG has approximately $16.5bn of regulatory assets under management.

It's the latest move by CONSOL in its effort to cope with a tough coal market. Only last month, CONSOL and its recently-created partial subsidiary, **CNX Coal Resources LP** (NYSE: CNXC) offered updates, including reductions in expected 2016 coal sales.

The latest transaction included CONSOL Energy's idled Amonate Mine in southern West Virginia and southwestern Virginia, its greenfield Russell County coal reserves in southwestern Virginia and its

greenfield Pangburn-Shaner-Fallowfield coal reserves in southwestern Pennsylvania, CONSOL said in a news release.

The transaction includes approximately 400 million tons of proved coal reserves which includes approximately 88 million tons associated with the Buchanan Mine.

The transaction does not include any gas rights, and CONSOL will retain the right to extract and sell gas at the mines and other properties.

The agreement contains customary representations, warranties and covenants, among other provisions, including a customary escrow provision.  The completion of the sale is subject to customary conditions, including regulatory approvals.  The final purchase price is subject to a limited working capital adjustment.

CONSOL expects to utilize transaction proceeds in order to pay down debt. The transaction is expected to close in the first quarter of 2016.

Also in conjunction with the sale, CONSOL Energy is realigning its dividend policy to further reflect the company's increased emphasis on growth.  Beginning with the first declared quarterly dividend after the transaction closes, CONSOL Energy intends to suspend its regular quarterly dividend.

"This is another significant event in the execution of CONSOL Energy's strategy, as well as a meaningful step in continuing to strengthen our balance sheet," said CONSOL President and CEO Nicholas J. DeIuliis. "The Buchanan Mine fits into Coronado's portfolio as a pure play metallurgical coal producer, and, in the end, this transaction bolsters the strategic position of both companies."

Coronado is a evidently a foreign limited liability company that was formed in December 2015.

# EXHIBIT 4

**DOT Dictionary of Occupational Titles**
**012.167-050 - PRODUCTION PLANNER**

2:20-cv-01883 MULLINS v. CONSOL   EXHIBIT 4

6/6/2021    012.167-050 - PRODUCTION PLANNER (profess. & kin.) alternate titles: planner, chief; planning - DOT Dictionary of Occupational Titles J…





| ‹Previous | Next › | Search | Contents | ONET NEW | Link to this page | About |

Like 0

CODE: **012.167-050**
**Buy the DOT: Download**

TITLE(s): **PRODUCTION PLANNER (profess. & kin.) alternate titles: planner, chief; planning**

supervisor; process planner; production-planning supervisor; production scheduler; scheduler; tool-and-production planner Plans and prepares production schedules for manufacture of industrial or commercial products: Draws up master schedule to establish sequence and lead time of each operation to meet shipping dates according to sales forecasts or customer orders. Analyzes production specifications and plant capacity data and performs mathematical calculations to determine manufacturing processes, tools, and human resource requirements. Plans and schedules workflow for each department and operation according to previously established manufacturing sequences and lead times. Plans sequence of fabrication, assembly, installation, and other manufacturing operations for guidance of production workers. Confers with department supervisors to determine status of assigned projects. Expedites operations that delay schedules and alters schedules to meet unforeseen conditions. Prepares production reports. May prepare lists of required materials, tools, and equipment. May prepare purchase orders to obtain materials, tools, and equipment.
**GOE: 05.01.06 STRENGTH: L GED: R5 M4 L4 SVP: 7 DLU: 86**
ONET CROSSWALK: 22128 Industrial Engineers, Except Safety

13

# EXHIBIT 5

**DOT Dictionary of Occupational Titles**
**184.167-242 - SUPERVISOR, TERMINAL OPERATIONS (motor trans.)**

14

2:20-cv-01883 MULLINS v. CONSOL    EXHIBIT 5

6/6/2021          184.167-242 - SUPERVISOR, TERMINAL OPERATIONS (motor trans.) - DOT Dictionary of Occupational Titles Job Description





‹Previous    Next ›    Search    Contents    ONET NEW    Link to this page    About

Like 0

CODE: **184.167-242**
**Buy the DOT: Download**

TITLE(s): **SUPERVISOR, TERMINAL OPERATIONS (motor trans.)**

Manages terminal operations of passenger or freight motor transportation company: Observes personnel performing duties and studies terminal operations reports on revenues derived, costs of operation, accidents, and frequency of personal or merchandise claims for losses or damages, to determine changes in work practices and procedures necessary to improve operations and reduce claims. Inspects terminal facilities for conformance to prescribed standards of safety and cleanliness, and for maintenance or repair required, and initiates requisitions for corrective actions. Enforces worker compliance with established safety rules and regulations and measures to protect safety of employees and customers and security of merchandise, property, and equipment. Reviews accident reports and takes actions prescribed by company policy. Evaluates worker performance and recommends or initiates personnel actions. May process or attempt to resolve employee grievances according to union contract procedures.
**GOE: 11.05.02 STRENGTH: L GED: R4 M3 L3 SVP: 7 DLU: 78**
ONET CROSSWALK: 15023A Transportation Managers

# EXHIBIT 6

**DOT Dictionary of Occupational Titles**
**183.117-010 - MANAGER, BRANCH (any industry)**

2:20-cv-01883 MULLINS v. CONSOL    EXHIBIT 6

6/7/2021        183.117-010 - MANAGER, BRANCH (any industry) alternate titles: agent; manager, area; manager, - DOT Dictionary of Occupational Title…





| ‹ Previous | Next › | **Search** | **Contents** | **ONET** NEW | **Link** to this page | **About** |

Like 0

CODE: **183.117-010**
**Buy the DOT: Download**

TITLE(s): **MANAGER, BRANCH (any industry) alternate titles: agent; manager, area; manager,**

division; manager, plant Directs production, distribution, and marketing operations for branch plant, or assigned territory of industrial organization: Coordinates production, distribution, warehousing, and sales in accordance with policies, principles, and procedures established by MANAGER, INDUSTRIAL ORGANIZATION (any industry) 189.117-022. Confers with customers and representatives of associated industries to evaluate and promote improved and expanded services in area. Develops plans for efficient use of materials, machines, and employees. Reviews production costs and product quality, and modifies production and inventory control programs to maintain and enhance profitable operation of division. Reviews operations of competing organizations, and plans and directs sales program to develop new markets, using sales aids, advertising, promotional programs, and field services. Directs personnel program. Directs preparation of accounting records. Recommends budgets to management. May be designated according to title of area of jurisdiction as Manager, District (any industry); Manager, Local (any industry); Manager, Regional (any industry).
**GOE: 11.05.02 STRENGTH: S GED: R5 M4 L4 SVP: 8 DLU: 78**
ONET CROSSWALK: 15014 Industrial Production Managers

17

# EXHIBIT 7

**Brett Holbrook Profile**
**Dec 25, 2014**
**Archive | heraldcourier.com**

2:20-cv-01883 MULLINS v. CONSOL    EXHIBIT 7

6/9/2021                                                 Brett Holbrook | Archive | heraldcourier.com

https://heraldcourier.com/archive/brett-holbrook/article_98028802-8b8c-11e4-a8f2-5b0327b01a5d.html

# Brett Holbrook

Dec 25, 2014



Brett Holbrook

**B**rett Holbrook, CONSOL Energy vice president of Central Appalachia operations, has been appointed to serve on the Virginia Coal Mine Safety Board.

19

The appointment was announced last week by Virginia Gov. Terry McAuliffe's office. The coal mine safety board serves as an advisory board to the Virginia Department of Mines, Minerals and Energy on matters relating to the health and safety of persons working in Virginia's coal industry. It is designed as the official regulatory work committee for DMME on all coal mine health and safety regulations not under the jurisdiction of the DMME Board of Coal Mining Examiners.

"I look forward to working with the coal mine safety board as it reviews safety regulations in the Commonwealth and makes recommendations for improvements," Holbrook said. "At CONSOL Energy, our number one core value is safety and I look forward to carrying that mindset with me when working with the board and its directors in the future."

Holbrook is a graduate of the West Virginia Institute of Technology, where he earned a bachelor of science degree in mining engineering technology; and Tusculum College, where he earned a bachelor of science degree in business administration.

He joined CONSOL Energy in 1982 as an assistant mine engineer and then served as a project engineer and later as a section foreman at CONSOL's Matthews Mine. In 1990, he began working in the Central Appalachia division as a section foreman/ assistant shift foreman at CONSOL Energy's Buchanan Mine in Buchanan County, Va. During his career with CONSOL, he has also been a shift foreman at the former Virginia Pocahontas #8 mine; an assistant superintendent at CONSOL of Kentucky operations; superintendent of Little Eagle Coal Company; and was general superintendent at the Buchanan Mine from April 2010 until his promotion to vice president in June 2014.

Holbrook is a certified mine foreman in both Virginia and West Virginia. He currently serves as a member of the Virginia Coal and Energy Alliance Board of Directors and is also a member of the Virginia Mining Institute.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on June 15, 2021, filed a copy of the foregoing document electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

BY:   /s/ Benjamin W. Glass, III
      Benjamin W. Glass, III (VSB #23152)
      *Admitted Pro Hac Vice*