**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY MULLINS ) | |
| ) | |
| Plaintiff, ) | 2:20-CV-1883-NR |
| ) | |
| v.  ) | |
| ) | |
| THE CONSOL ENERGY, INC. ) | |
| LONG TERM DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2021, upon consideration of Plaintiff's Motion for Summary Judgment, his supporting Brief, and the responses thereto, the Court finds that there are no genuine issues of fact and that Plaintiff is entitled to judgment as a matter of law.

Therefore, it is ORDERED that judgment be entered in favor of Plaintiff and against Defendant. Defendant shall pay retroactive benefits from March 14, 2020 through the present, at 6% interest. Further, Defendant shall repay all offsets that it previously reduced for the benefits that Plaintiff's dependents received under the Social Security Act, and Defendant will cease any further offsets for those dependent benefits.  Plaintiff is hereby directed to submit a fee petition detailing the interest, attorney's fees and costs to which he is entitled pursuant to 29 U.S.C. § 1132(g).

_____
J. Nicholas Ranjan
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have, on June 16, 2021, filed a copy of the foregoing document electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

BY:    */s/ Benjamin W. Glass, III*

      Benjamin W. Glass, III | VSB #23152
      Benjamin W. Glass, III & Assoc., PC
      3998 Fair Ridge Drive, #250
      Fairfax, VA 22033
      703-591-9829 phone | 703-783-0686 fax
      Ben@BenGlassLaw.com
      *Admitted Pro Hac Vice*

      *Counsel for Plaintiff*