IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 2-20-cv-1883-NR |
| v. | ) | |
| | ) | Judge J. Nicholas Ranjan |
| THE CONSOL ENERGY, INC. LONG | ) | |
| TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Consol Energy, Inc. Long Term Disability Plan, which is a component of The Consol Energy, Inc. Health and Welfare Plan, by and through its undersigned counsel, hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and as further provided by this Court's Scheduling Order at ECF No. 8.  In support of its motion, Defendant relies upon the accompanying Memorandum of Law.


Date:  July 13, 2021                                    Respectfully submitted,

*/s/ David J. Laurent*
David J. Laurent (PA 33150)
david.laurent@bipc.com
William P. Lewis (PA 316527)
william.lewis@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
Telephone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2021, I filed and served a true and correct copy of the foregoing Motion for Summary Judgment, along with the Supporting Memorandum of Law, via ECF Filing upon the following:

Tybe A Brett, Esq.
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
(*Attorney for Plaintiff*)

Benjamin W. Glass, III, Esq.
Benjamin W. Glass, III & Assoc., P.C.
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
(*Attorney for Plaintiff*)

*/s/ David J. Laurent*
David J. Laurent
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

2