IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MULLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case 2-20-cv-1883-NR |
| v. ) | |
| ) | Judge J. Nicholas Ranjan |
| THE CONSOL ENERGY, INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2021, upon

consideration of the Motion for Summary Judgment filed by Defendant Consol Energy, Inc.

Long Term Disability Plan regarding the claims of Plaintiff, Timothy Mullins, and any

Opposition thereto, it is hereby ORDERED that Defendant's Motion for Summary Judgment is

GRANTED, and Plaintiff's Complaint is hereby DISMISSED, with prejudice.



_____
Honorable J. Nicholas Ranjan
United States District Court Judge