**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TIMOTHY MULLINS,

        Plaintiff

        v.

THE CONSOL ENERGY, INC. LONG
TERM DISABILITY PLAN,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:20-cv-1883-NR

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, for the reasons stated in the foregoing memorandum opinion, judgment is entered on all claims in the complaint in favor of Defendant Consol Energy, Inc. Long Term Disability Plan and against Plaintiff Timothy Mullins.  The Clerk of this Court shall mark this case as **CLOSED.**

DATE:  September 16, 2022              BY THE COURT:

                            /s/ *J. Nicholas Ranjan*
                            United States District Judge