**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TIMOTHY MULLINS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 2:20-CV-1883** |
| | ) | |
| | ) | |
| **The CONSOL Energy, Inc. Long Term** | ) | |
| **Disability Plan** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Notice of Appeal**

Notice is hereby given that Timothy Mullins hereby appeals to the United States Court of

Appeals for the Third Circuit from the Memorandum Opinion (Dkt. No. 33) and Judgment (Dkt.

No. 34)  entered in this action on September 16, 2022.

Respectfully submitted,

*/s/ Benjamin W. Glass, III*

Benjamin W. Glass, III | VSB #23152
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
703-591-9829 phone | 703-783-0686 fax
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*


*/s/ Tybe A. Brett*

Tybe A. Brett, Esq. PA I.D. 30064
tbrett@fdpklaw.com
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
412- 281-8400 phone | 412-281-1007 fax

*Counsel for Plaintiff Timothy Mullins*

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on October 14, 2022, filed a copy of the foregoing document electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

BY:

*/s/ Benjamin W. Glass, III*

Benjamin W. Glass, III | VSB #23152
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
703-591-9829 phone | 703-783-0686 fax
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*

*/s/ Tybe A. Brett*

Tybe A. Brett, Esq. PA I.D. 30064
tbrett@fdpklaw.com
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
412- 281-8400 phone | 412-281-1007 fax

*Counsel for Plaintiff*