OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

# UNITED STATES COURT OF APPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



July 29, 2024

Brandy S. Lonchena
United States District Court for the Western District of Pennsylvania
Joseph F. Weis Jr. United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

RE: Timothy Mullins v. Consol Energy Inc Long Term Disability Plan
Case Number: 22-2930
District Court Case Number: 2-20-cv-01883

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: Timothy McIntyre
Timothy McIntyre, Case Manager
267-299-4953

cc:  Tybe A. Brett, Esq.
  Benjamin W. Glass III, Esq.
  William P. Lewis, Esq.
  Erin J. McLaughlin, Esq.