IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 2-20-cv-1883-NR |
| v. | ) | |
| | ) | |
| THE CONSOL ENERGY, INC. LONG | ) | |
| TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff Timothy Mullins ("Plaintiff") and Defendant CONSOL Energy, Inc. Long Term Disability Plan ("Defendant"), which is a component of The CONSOL Energy, Inc. Health and Welfare Plan, by and through their undersigned counsel, respectfully and submit in accordance with the Order dated August 14, 2024 (Doc. 42) this Joint Status Report and Stipulation:

1. Judgment was entered in Plaintiff's favor by order dated July 30, 2024 (Doc. 39).

2. Pursuant to this Court's Order, the parties have agreed on the amount due to Mr. Mullins on the issue of his entitlement to long-term disability benefits and have achieved a non-judicial resolution of the Social Security offset issue.

3. Accordingly, Plaintiff's benefits are being reinstated, effective from the date of termination, as ordered in *Mullins v. CONSOL Energy, Inc. Long Term Disability Plan*, 110 F. 4th 180, 2024 U.S. App. LEXIS 18719, *24 (3d Cir. 2024).

4. The parties hereby stipulate and agree that the past due benefits for the period March 13, 2020 through August 31, 2024, inclusive of accrued interest, due and owing to Plaintiff is $218,326.23.

5. The parties engaged in discussions regarding claims by Plaintiff for attorneys' fees, as per paragraph 6 of the parties Joint Motion dated August 13, 2024 (Doc. 41), but no

agreement was reached.  Plaintiff will separately propose a schedule to resolve Plaintiff's claims for attorneys' fees and costs.

A proposed Order is attached.

Date:  September 12, 2024

Respectfully submitted,

/s/ Tybe A. Brett
Tybe A. Brett, Esq. (PA 30064)
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: 412-281-8400
Fax: 412-281-1007
tbrett@fdpklaw.com

/s/ Benjamin W. Glass
Benjamin W. Glass, III, Esq. (VSB 23152)
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
Telephone: 703-591-9829
Fax: 703-783-0686
Ben@BenGlassLaw.com
Admitted Pro Hac Vice

Attorneys for Plaintiff

/s/ William P. Lewis
William P. Lewis (PA 316527)
william.lewis@bipc.com
Erin J. McLaughlin (PA 202044)
erin.mclaughlin@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
Telephone:  412-562-8800
Fax:  412-562-1041

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's CM/ECF Notification System, this 12th day of September 2024.

/s/  *Tybe A. Brett*