IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY MULLINS,                               )
                                               )
                    Plaintiff,                 )
                                               )  Case 2-20-cv-1883-NR
          v.                                   )
                                               )
THE CONSOL ENERGY, INC. LONG                   )
TERM DISABILITY PLAN,                          )
                                               )
                    Defendant.                 )

**ORDER APPROVING JOINT STIPULATION**

    **AND NOW**, this _____ day of September, 2024, upon consideration of the Parties'

Joint Status Report and Stipulation, **IT IS ORDERED AND ADJUDGED** that the parties'

Stipulation dated September 12, 2024 is hereby ratified and approved.

.

BY THE COURT:

_____
Honorable J. Nicholas Ranjan
United States District Judge