IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY MULLINS,                  )
                                    )
         Plaintiff,          )
                                    ) Case 2-20-cv-1883-NR
     v.                     )
                                    )
THE CONSOL ENERGY, INC. LONG  )
TERM DISABILITY PLAN,        )
                                    )
        Defendant.        )

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Timothy Mullins, by and through his undersigned counsel, respectfully requests that the Court enter an Order: (1) finding that a rate of $ 600 per hour is reasonable for Benjamin W. Glass, III, Esq. and that a rate of $645 per hour is reasonable for Tybe A. Brett, Esquire; and awarding him attorneys' fees in the amount of $243,568.50 and costs in the amount of $9,590.34 under ERISA § 502(g)(1), 29 U.S.C.A. § 1132(g)(1).

The Exhibits listed on the attached Index and a memorandum of law are filed in support of this Motion.

Date:  September 26, 2024

/s/ Tybe A. Brett
Tybe A. Brett, Esq. (PA 30064)
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: 412-281-8400
Fax: 412-281-1007
tbrett@fdpklaw.com

/s/ Benjamin W. Glass
Benjamin W. Glass, III, Esq. (VSB 23152)
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
Telephone: 703-591-9829
Fax: 703-783-0686
Ben@BenGlassLaw.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's CM/ECF Notification System, this 26th day of September 2024.


<span style="text-align:right;">s/ *Tybe A. Brett*</span>