IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 2-20-cv-1883-NR |
| v. | ) | |
| | ) | |
| THE CONSOL ENERGY, INC. LONG | ) | |
| TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**AND NOW**, this _____ day of September 2024, having reviewed Plaintiff's Motion for Attorneys' fees and Costs, and having found that a rate of $ 600 per hour is reasonable for Benjamin W. Glass, III, Esq. and that a rate of $645 per hour is reasonable for Tybe A. Brett, Esquire, it is hereby **ORDERED AND ADJUDGED** that said motion is **GRANTED**.  Upon entry of this order or within five business days thereafter, Defendants shall pay Plaintiff $243,568.50 in attorneys' fees and $9,590.34 in costs.

BY THE COURT:

_____
Honorable J. Nicholas Ranjan
United States District Judge