IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MULLINS, ) | |
| ) | |
| Plaintiff, ) | Case 2-20-cv-1883-NR |
| ) | |
| v. ) | |
| ) | |
| THE CONSOL ENERGY, INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

| | |
|---|---|
| **Exhibit A** | Affidavit of Benjamin W. Glass, III |
| | Exhibit A-1    Contemporaneous Time Records |
| | Exhibit A-2    Invoice of Costs |
| **Exhibit B** | Declaration of Tybe Ann Brett |
| | Exhibit B-1    Contemporaneous Time Records |
| | Exhibit B-2    Expense Report |
| | Exhibit B-3    Curriculum Vitae |
| | Exhibit B-4    Sample Fee Agreement (partially redacted) |
| | Exhibit B-5    Order in Vollmer v. Xerox |
| | Exhibit B-6    CLS Attorney Fee Summary |
| **Exhibit C** | Declaration of Margaet S. Coleman, Esquire |
| **Exhibit D** | Declaration of Gregory G. Paul, Esquire |
| **Exhibit E** | Declaration of Mark D. DeBofsky, Esquire |
| **Exhibit F** | Declaration of Glenn Kantor, Esquire |