# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MULLINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:20-cv-1883-NR |
| ) | |
| THE CONSOL ENERGY, INC. LONG ) | |
| TERM DISABILITY PLAN ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF BENJAMIN W. GLASS, III

The undersigned, Benjamin W. Glass, III, being duly sworn, makes this affidavit in support of his own personal knowledge and states the following:

1.    I am the attorney who represented Timothy Mullins in this action. This affidavit is given in support of plaintiff's motion for award of attorney fees.

2.    I am the founder of the law firm of Benjamin W. Glass, III & Associates, P.C. ("BenGlassLaw"). My firm limits its practice to plaintiff's personal injury; and disability and life insurance litigation under ERISA. I spend 85% of my professional time in the law representing claimants in both ERISA and non-ERISA disability and life insurance cases.

3.    I received my law degree from George Mason University School of Law in 1983.

4.    I've been practicing law since 1983, and, in 1995, I started my own firm.

5.    I began handling ERISA disability litigation cases in the late 1990's and since then have handled hundreds of cases through consultation, administrative appeal, litigation in the federal district courts, appellate litigation in the Fourth Circuit Court of Appeals on multiple

1

occasions, and – more recently, appellate litigation in the Third Circuit Court of Appeals. My practice is focused on Virginia, Maryland, and D.C., but we help clients nationwide as well.

6.    I have taught at continuing legal education conferences in Virginia on many subjects of trial advocacy including the handling the handling of disability and life insurance claims under ERISA. I have written a number of articles in this regard for attorneys on the issue of handling disability claims under ERISA.

7.    I am a member of the Virginia Trial Lawyers Associates and have been a member since I started practicing law.

8.    In my practice I not only consult with and represent families whose loved one's life insurance or disability claims have been denied but each year I consult with many individuals who have issues with their ERISA welfare benefits and are (1) thinking about going out on disability; (2) thinking about purchasing a disability policy; and (3) considering a "buyout" offer/settlement from their disability insurance company. Each year I also consult with many business organizations who are considering buying or renewing long-term disability and/or group life insurance policies and need my assistance in selecting the right plan for their employees.

9.    One of the biggest problems that consumers face with this area of the law is that there are not enough qualified and experienced lawyers who are willing to represent claimants in these cases in Virginia and other states. Our office cannot handle the influx of inquiries that we get and it is, frankly, quite difficult to find enough experienced practitioners who are willing to take on ERISA life insurance and disability cases, particularly where, if successful, the only source of compensation to the attorney is either a percentage of the benefits achieved for the client or a court award of attorney fees.

2

10.    In my practice, for my ERISA consulting work I routinely bill and collect at the rate of $900.00 per hour since 2022. I also charge a flat-fee of $1,900.00 for an hour consultation for individuals and businesses who consult with me in order to determine which plan/policies they should purchase for themselves or their employees. Recently, I conducted a workshop where a group of attorneys from around the country each agreed to pay $8,000 to spend a day and a half with me and my team learning how to competently represent claimants in ERISA life insurance and disability cases.

11.    I routinely consult with other ERISA claimants' attorneys across the country. I am familiar with the range of hourly fees charged by the others plaintiffs' ERISA practitioners. My familiarity comes from discussions I have had with them both in person and at meetings, from the review of other fee petitions and from my review of other reported cases in which attorney fees have been discussed and/or decided.

12.    While most of my ERISA disability clients come to me, as in this case, after having an initial claim for benefits denied I also do a substantial amount of work consulting with claimants before they file for any benefits at all. For these cases I am paid $900 per hour for meeting with clients, reviewing medical records, communicating with healthcare providers when necessary, and assisting in preparing the initial claim.

13.    I also consult with various professionals including lawyers, healthcare providers and corporate CEOs who are contemplating purchasing a group long-term disability policy. I assist them in choosing the right policy for their needs. I help them understand what rights they would have under ERISA if a claim is denied or terminated and they need to appeal and file a lawsuit in federal court. In these situations I am paid $900 per hour for my consultative work.

3

14. In the benefit denial/termination cases I typically charge a contingent fee which usually consists of a percentage benefits. Obviously, there is no attorney fee paid if we are not successful in either obtaining benefits. Without a contingent fee option, most of my ERISA disability and life insurance clients would not be able to afford my services. However, this contingent fee option means I must charge a higher hourly rate due to the substantial risk in spending hundreds of hours on a case that may not result in any fee at all, especially considering the unfavorable standard of review that applies to most ERISA cases.

15. In this case, Mr. Mullins retained me after filing his own appeal with CONSOL's third-party administrator, which was denied before he contacted my firm. Unfortunately, in cases like this where a client has conducted their own administrative appeal with the Plan's administrator, representation in court is often much more difficult because ERISA does not permit the claimant to submit new evidence after the administrative appeal has been denied. So, no matter how experienced counsel is, there is no way to correct any errors the claimant made in their appeal or bolster their claim with other supportive evidence that could have been gathered had we represented him from the start. The case must stand or fall on the evidence already in the administrative record, which is very challenging in ERISA cases like this one that are reviewed under an arbitrary and capricious standard of review.

16. In this case, CONSOL's plan documents also contained a forum selection clause which forced Mr. Mullins, a resident of rural western Virginia to bring a lawsuit hundreds of miles away from his home in the Western District of Pennsylvania. This forced removal also caused me to spend much longer in research and writing than would typically be involved in a case, because I had to research Third Circuit law as opposed to Fourth Circuit law, which is what

4

the vast majority of my cases are subject to, and because I had to consult with local counsel who was more familiar with the Third Circuit and with the Western District of Pennsylvania.

17.     The attached Exhibit 1 is an accurate and contemporaneously maintained record of the time spent solely in the litigation of this case, (i.e. the time devoted to this case from the time the Complaint was drafted, through the appellate work in the Third Circuit, and until judgment was entered by this Court).

18.     The attached Exhibit 2 is an accurate chart detailing the expenses incurred by my firm for the work in prosecuting Mr. Mullins's case to date.

19.     Because of the fact that at the time I took this case, I was the only attorney in my office who handles ERISA benefits litigation, and because the work requires a lot of time to digest and brief complex issues of insurance law (and, often, medicine) I necessarily restrict the number of cases that I accept each year. I typically will be involved in handling the administrative appeals of about 50 clients a year while turning down approximately 250 other potential clients whose benefits have been terminated or denied but whose benefits are so small that it simply is not financially feasible to represent these clients in light of my time capacity.

20.     There are few plaintiff's attorneys in Virginia and the surrounding area who handle ERISA benefits insurance litigation on any regular basis. In my opinion this is because of the complex nature of the work and the fact that because the standard of review is generally "abuse of discretion" or "arbitrary and capricious," these cases are very difficult for a claimant to win. Thus, many good attorneys are dissuaded from taking on these cases.

21.     I am also the author of "Robbery without a Gun, Why Your Employer's Long-Term Disability Policy May Be a Sham." This consumer guide to group disability policies is available at Amazon.com.

22. My regular hourly rate is $900; however I am voluntarily reducing my rate in this matter to $600 an hour.

23. I am familiar with what other attorneys charge for handling ERISA disability insurance claims and believe that the requested fees of $600 per hour and requested number of hours in this case is reasonable.

_____
Benjamin W. Glass, III

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to-wit:

This day personally appeared BENJAMIN W. GLASS, III before me, a Notary Public in and for the jurisdiction aforesaid, and stated that the foregoing Affidavit in Support of an Award of Attorney Fees is true and correct to the best of his knowledge, information and belief.

Given under my hand this ___25th___ day of ___September___, 2024.

Mary Alice Freeman
NOTARY PUBLIC
REGISTRATION # 7941117
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES February 28, 2025

_____
Notary Public
My commission expires: 2/28/2025

6

# EXHIBIT A-1

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/14/2020 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Initial call with client to discuss potential new LTD case |
| 8/17/2020 | Benjamin W. Glass, III | 0.75 | $600 | $450.00 | Call with client - answer his questions |
| 8/18/2020 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Receive and review denial letter, draft letter to client with analysis and explaining ERISA; revise and mail litigation fee agreement |
| 8/31/2020 | Paralegal | | | $0.00 | Draft/send letter requesting claim file from Lincoln |
| 8/31/2020 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Telephone call with client's SSDI attorney |
| 9/3/2020 | Paralegal | | | $0.00 | Receive claim file from Lincoln 2,418 pages, assigned for scanning |
| 9/7/2020 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Begin claim file review for merit determination |
| 9/8/2020 | Benjamin W. Glass, III | 2.50 | $600 | $1,500.00 | Continue claim file review |
| 9/11/2020 | Benjamin W. Glass, III | 3.75 | $600 | $2,250.00 | Continue claim file review |
| 9/16/2020 | Benjamin W. Glass, III | 2.25 | $600 | $1,350.00 | Continue claim file review |
| 9/18/2020 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Continue claim file review |
| 9/21/2020 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Continue claim file review |
| 9/24/2020 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Continue claim file review |
| 9/25/2020 | Benjamin W. Glass, III | 2.50 | $600 | $1,500.00 | Legal research: forum selection clause requiring Virginia coal miner to file case in WDPA |
| 9/25/2020 | Benjamin W. Glass, III | 4.00 | $600 | $2,400.00 | Continue claim file review |
| 9/28/2020 | Benjamin W. Glass, III | 2.50 | $600 | $1,500.00 | Begin legal research of 3rd circuit overview of ERISA disability cases |
| 9/29/2020 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Continue legal research regard 3rd circuit overview of ERISA LTD cases; prepare internal memo |
| 9/30/2020 | Benjamin W. Glass, III | 3.80 | $600 | $2,280.00 | Pull and review ERISA LTD cases filed in WDPA to understand form and processes of cases in that District Court. |

EXHIBIT 1                                                                            Page 1 of 15

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/1/2020 | Benjamin W. Glass, III | 2.50 | $600 | $1,500.00 | Continue general 3rd Circuit and case specific research on ERISA LTD cases, summary judgment, special rules, etc. |
| 10/2/2020 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Telephone status call with client |
| 10/2/2020 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Brief call with client's SSDI attorney with questions. |
| 10/30/2020 | Paralegal | | | $0.00 | Letter to CONSOL requesting their claim file and ERISA plan documents. |
| 11/2/2020 | Paralegal | | | $0.00 | Received ERISA documents from CONSOL: PLAN, SPD |
| 11/5/2020 | Benjamin W. Glass, III | 1.50 | $600 | $900.00 | Reviewed ERISA documents from CONSOL |
| 11/5/2020 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Telephone call with client about ERISA Plan documents from CONSOL |
| 11/9/2020 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Begin to draft Complaint. |
| 11/11/2020 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Continue to draft complaint. |
| 11/12/2020 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Call with client to discuss litigation plan. |
| 11/17/2020 | Paralegal | | $200 | $0.00 | Begin to draft ancillary documents: civil cover sheet, waiver of service, etc. for filing |
| 11/20/2020 | Benjamin W. Glass, III | 1.25 | $600 | $750.00 | Review of documents and calculations regarding the improper Social Security Disability offset. |
| 12/1/2020 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Edit complaint. |
| 12/1/2020 | Paralegal | | | $0.00 | Email Complaint to client for review |
| 12/1/2020 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Review various emails from local counsel. |
| 12/2/2020 | Benjamin W. Glass, III | 0.70 | $600 | $420.00 | Telephone call with client to answer questions regarding pending litigation. |
| 12/4/2020 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Sent complaint and other documents to  local counsel for filing. |
| 12/10/2020 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Obtained Certificate of Good Standing from Virginia State Bar |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 12/23/2020 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Received email from defense counsel regarding acceptance of service of the lawsuit. |
| 12/23/2020 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Email from local counsel re defense firm |
| 12/23/2020 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Transmit pleadings to defense counsel. |
| 12/26/2020 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Review pleadings associated with pro hac vice admission |
| 12/28/2020 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Email from local counsel. |
| 1/5/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Review of 3rd Circuit decision in Addington, another CONSOL Energy case. |
| 1/7/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review Order re. correcting Motion for Admission |
| 1/8/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Filed corrected motion for Admission |
| 1/11/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review Order granting pro hac vice admission |
| 1/13/2021 | Benjamin W. Glass, III | 1.60 | $600 | $960.00 | Work on demand letter |
| 1/15/2021 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Continue to work on demand letter |
| 1/15/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Telephone call with client to discuss case and demand letter |
| 1/18/2021 | Paralegal | | | $0.00 | Telephone call with client. |
| 1/20/2021 | Benjamin W. Glass, III | 0.75 | $600 | $450.00 | Demand letter finalized and submitted to defense counsel. |
| 2/3/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Received response to demand. |
| 2/4/2021 | Benjamin W. Glass, III | 0.70 | $600 | $420.00 | Conference call with client re settlement negotiation. |
| 2/11/2021 | Benjamin W. Glass, III | 1.90 | $600 | $1,140.00 | Legal research regarding issues raised in defendant's response to demand letter. |
| 2/12/2021 | Benjamin W. Glass, III | 0.90 | $600 | $540.00 | Review *Joyce v Life Insurance Company of North America* which is from the Western District of Pennsylvania. |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/12/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Draft response for submittal to defense attorney regarding demand. |
| 2/19/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Received communication from defense counsel ending settlement discussions. |
| 2/22/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Review Answer to Complaint; disclosure statement |
| 2/22/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Telephone call with client re Answer to Complaint |
| 2/23/2021 | Benjamin W. Glass, III | 0.90 | $600 | $540.00 | Review scheduling order for ERISA action; docket same |
| 2/24/2021 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Transmit pleading documents to client for review. |
| 3/15/2021 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Prepare and file notice re no procedural challenge to ERISA |
| 3/16/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review notice of appearance of defense counsel |
| 3/16/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review no notice of procedural challenge from defendant |
| 3/17/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Received electronic version of administrative record from defense counsel. |
| 3/22/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Review and edit proposed stipulation of standard of review. |
| 3/22/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Received copy of Addington from defense counsel. |
| 3/22/2021 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Download and review all briefs from Addington to prepare for this case. |
| 3/23/2021 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Received and reviewed proposed stipulated statement of standard of review. |
| 3/29/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review emails regarding proposed dates for mediation. |
| 4/9/2021 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Email to mediator. |
| 4/9/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Response email from mediator. |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 4/16/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Received email from defense counsel regarding who will be at mediation. |
| 4/19/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Received email from mediator. |
| 4/19/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Provide mediator with relevant pleadings and summary |
| 4/20/2021 | Benjamin W. Glass, III | 1.50 | $600 | $900.00 | Zoom conference with client in preparation of mediation. |
| 4/21/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Prepare stipulation re ADR |
| 4/21/2021 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Prepare and transmit memo to mediator about offsets |
| 4/21/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Received detailed email from mediator. |
| 4/22/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Exchange of emails with local counsel about offsets. |
| 4/22/2021 | Benjamin W. Glass, III | 1.65 | $600 | $990.00 | Legal research regarding waiver of offset claim. |
| 4/22/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Email communications with local counsel about settlement negotiation. |
| 4/22/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Emails with local counsel about mediation. |
| 4/23/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review order referring case to mediation |
| 4/23/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Email from defense counsel about various offsets and mediation. |
| 4/26/2021 | Benjamin W. Glass, III | 3.50 | $600 | $2,100.00 | Prepare mediation memorandum. |
| 4/28/2021 | Benjamin W. Glass, III | 0.90 | $600 | $540.00 | Review definition of "suitable employment" and the policy. |
| 4/28/2021 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Review email from defense counsel being transmitted to mediator about the plan and a vocational memorandum. |
| 4/28/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review email from defense counsel mediator with final denial letter. |

EXHIBIT 1                                                                                          Page 5 of 15

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/28/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Telephone call with client in final preparation for mediation. |
| 4/29/2021 | Benjamin W. Glass, III | 4.50 | $600 | $2,700.00 | Mediation held, meeting with client pre mediation, telephone call with client post mediation |
| 5/5/2021 | Benjamin W. Glass, III | 6.00 | $600 | $3,600.00 | Begin to outline brief, detailed review of administrative record |
| 5/6/2021 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Further initial outlining of brief |
| 5/6/2021 | Benjamin W. Glass, III | 5.00 | $600 | $3,000.00 | Begin drafting statement of facts; review AR |
| 5/7/2021 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Begin to draft medical history for initial brief |
| 5/10/2021 | Benjamin W. Glass, III | 6.00 | $600 | $3,600.00 | Begin to draft claim history for initial brief |
| 5/11/2021 | Benjamin W. Glass, III | 2.20 | $600 | $1,320.00 | Begin to draft offset issue for initial brief |
| 5/12/2021 | Benjamin W. Glass, III | 0.70 | $600 | $420.00 | Begin to draft section on plan language for initial brief |
| 5/13/2021 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Begin to draft Standard of Review section for initial brief |
| 5/14/2021 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Begin to draft statement of various appeals Mr. Mullins filed in the past. |
| 5/17/2021 | Benjamin W. Glass, III | 1.90 | $600 | $1,140.00 | Begin to draft section on Transferable Skills Analysis |
| 5/18/2021 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Begin to draft section on Dr. Patel Review |
| 5/19/2021 | Benjamin W. Glass, III | 1.40 | $600 | $840.00 | Begin to draft section on Dr. Kohan review |
| 5/21/2021 | Benjamin W. Glass, III | 3.80 | $600 | $2,280.00 | Begin to draft section on incorrect job description |
| 6/3/2021 | Benjamin W. Glass, III | 2.60 | $600 | $1,560.00 | Begin to draft section on no change in evidence over the years section |
| 6/3/2021 | Benjamin W. Glass, III | 2.70 | $600 | $1,620.00 | Outline section on functional capacity tools |
| 6/5/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Brief draft LTD Claim Termination at issue |
| 6/7/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Preparation draft motion to file administrative record under seal. |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/7/2021 | Benjamin W. Glass, III | 1.10 | $600 | $660.00 | Begin to draft section on CONSOL's responsibility to it's miners |
| 6/8/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - CONSOL press release 30-year anniversary |
| 6/8/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - Article CONSOL selling mine |
| 6/8/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - census bureau fact |
| 6/9/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Filed Motion to File Administrative Record under Seal |
| 6/10/2021 | Benjamin W. Glass, III | 0.60 | $600 | $360.00 | Second draft initial brief draft statement of facts 1.Mr. Mullins injured his ankle, and that set in motion a cascade of disabling conditions |
| 6/10/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - definition of supervisor / superintendent |
| 6/10/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Reviewed Court's Order granting motion to file under seal and instructions to submit redacted joint appendix. |
| 6/11/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Draft statement of facts 2.The Social Security Administration's "fully favorable" decision |
| 6/11/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - definition of manager, branch |
| 6/11/2021 | Benjamin W. Glass, III | 2.40 | $600 | $1,440.00 | Initial brief first draft of introduction |
| 6/13/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - Brett Holbrook profile |
| 6/15/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Initial brief research exhibits - definition of production planner |
| 6/15/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Reviewed Court's Order granting motion to file under seal and excusing parties from previous instruction to file redacted joint appendix on the public docket. |

**EXHIBIT 1**                                                                 Page 7 of 15

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 6/15/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Filed Motion for Summary Judgment |
| 6/15/2021 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Filed Brief in Support of Motion for Summary Judgment and 7 exhibits |
| 6/16/2021 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Reviewed instructions from clerk regarding proposed order |
| 7/2/2021 | Benjamin W. Glass, III | 1.20 | $600 | $720.00 | Initial brief argument:  consol duty to its miners finalize section |
| 7/2/2021 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Initial brief argument:  no consideration of SSDI finding finalize section |
| 7/5/2021 | Benjamin W. Glass, III | 1.50 | $600 | $900.00 | Initial brief argument:  no explanation of why it chose its own reviewers finalize section |
| 7/5/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Initial brief argument:  improper offset finalize section |
| 7/6/2021 | Benjamin W. Glass, III | 0.90 | $600 | $540.00 | Initial brief - conclusion |
| 7/13/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Receive and begin review of MOTION for Summary Judgment by THE CONSOL ENERGY, INC. LONG TERM DISABILITY PLAN. |
| 7/17/2021 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Review of defense brief; outline arguments |
| 7/19/2021 | Benjamin W. Glass, III | 3.50 | $600 | $2,100.00 | Review of defense brief;  legal research |
| 7/21/2021 | Benjamin W. Glass, III | 2.75 | $600 | $1,650.00 | Reply Brief Work Conso's post hoc argument about plan language |
| 7/21/2021 | Benjamin W. Glass, III | 1.30 | $600 | $780.00 | Reply Brief Work  improper offset is ripe for review |
| 7/21/2021 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Review of defense brief;  additional research' review of AR |
| 7/22/2021 | Benjamin W. Glass, III | 1.70 | $600 | $1,020.00 | Reply Brief Work  functional capacity argument initial drafting |
| 7/26/2021 | Benjamin W. Glass, III | 0.90 | $600 | $540.00 | Reply Brief Work  reply to own occupation argument initial drafting |

**EXHIBIT 1**

Page 8 of 15

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/26/2021 | Benjamin W. Glass, III | 1.20 | $600 | $720.00 | Reply Brief Work  reply to 2016 Voc Review argument initial drafting |
| 7/27/2021 | Benjamin W. Glass, III | 0.60 | $600 | $360.00 | Reply Brief Work misidentification of actual job initial drafting |
| 7/27/2021 | Benjamin W. Glass, III | 0.70 | $600 | $420.00 | Reply Brief Work  Consol talks about an unrelated case it won |
| 7/28/2021 | Benjamin W. Glass, III | 0.90 | $600 | $540.00 | Reply Brief Work Lincoln never asked treating doctors about disability initial drafting |
| 7/28/2021 | Benjamin W. Glass, III | 1.10 | $600 | $660.00 | Reply Brief Work  2019 claim reinstatement issue |
| 7/29/2021 | Benjamin W. Glass, III | 1.50 | $600 | $900.00 | Reply Brief Work Social media "information" issue |
| 7/30/2021 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Reply Brief Work  what does it matter whether Mullins can lift 5 or 10 pounds - initial draft |
| 7/30/2021 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Reply Brief Work  Consol does not acknowledge ERISA standards - initial draft |
| 7/31/2021 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Reply Brief Work  Conclusion |
| 8/2/2021 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Reply Brief Work  improper offset is ripe for review - finalize this section |
| 8/2/2021 | Benjamin W. Glass, III | 0.75 | $600 | $450.00 | reply brief work finalize own occ, misidentification of jobs and ERISA standards sections |
| 8/2/2021 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | reply brief work, finalize offset, 'social media' 2019 claim reinstatement issue |
| 8/3/2021 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | reply brief filed |
| 9/16/2022 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Review District Court Decision |
| 9/17/2022 | Benjamin W. Glass, III | 1.50 | $600 | $900.00 | Telephone call with client to discuss district court decision and "next steps" |
| 10/14/2022 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Revised Appendix Citation Notice |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 10/25/2022 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Prepare and file entry of appearance for Benjamin W. Glass, III |
| 10/28/2022 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Prepare and file Civil Information Statement on behalf of Appellant. |
| 10/28/2022 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Prepare and file Disclosure Statement on behalf of Appellant. |
| 10/28/2022 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Prepare and file Summary of the Case filed by Appellant Timothy Mullins. |
| 10/28/2022 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Prepare and file Transcript Purchase Order Form, advising court that no transcripts are available |
| 10/28/2022 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review Entry of Appearance from William P. Lewis. |
| 10/28/2022 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review Entry of Appearance from Erin J. McLaughlin |
| 10/28/2022 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review Disclosure Statement from Consol |
| 11/3/2022 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review Notice to Counsel |
| 1/5/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review Briefing Notice and Docket |
| 1/16/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Begin drafting brief; Statement of Jurisdiction |
| 1/16/2023 | Benjamin W. Glass, III | 5.00 | $600 | $3,000.00 | Begin drafting brief; Statement of Issues |
| 1/17/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Begin drafting brief; Statement of Case; (A) Relevant Facts & Administrative Process |
| 1/17/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Begin drafting brief; Statement of Case; (1) Social Security approval |
| 1/17/2023 | Benjamin W. Glass, III | 3.50 | $600 | $2,100.00 | Begin drafting brief; Statement of Case; (2) LTD Claim Approval & Administration |
| 1/17/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Begin drafting brief; Statement of Case; (3) Initial Claim Termination |
| 1/18/2023 | Benjamin W. Glass, III | 4.00 | $600 | $2,400.00 | Begin drafting brief; Statement of Case; (a) Medical Review |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/19/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Begin drafting brief; Statement of Case; (b) Transferrable Skills Analysis |
| 1/19/2023 | Benjamin W. Glass, III | 1.80 | $600 | $1,080.00 | Begin drafting brief; Statement of Case; (4) Appeal |
| 1/20/2023 | Benjamin W. Glass, III | 3.50 | $600 | $2,100.00 | Begin drafting brief; Statement of Case; (B) District Court Decision |
| 1/20/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Begin drafting brief; Summary of Argument |
| 1/20/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Drafting brief; Argument opening section |
| 1/23/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Drafting brief; Standard of Review |
| 1/23/2023 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Drafting brief; post hac rationale |
| 1/23/2023 | Benjamin W. Glass, III | 3.50 | $600 | $2,100.00 | Drafting brief; review must be based on substantial evidence |
| 1/24/2023 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Drafting brief; section re. review limited to the administrative record |
| 1/24/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Drafting brief; SSDI dependent offset |
| 1/25/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Drafting brief; SSA's findings |
| 1/25/2023 | Benjamin W. Glass, III | 0.70 | $600 | $420.00 | Drafting brief; conclusion |
| 1/27/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Second draft of initial brief |
| 1/30/2023 | Benjamin W. Glass, III | 1.80 | $600 | $1,080.00 | Third draft of initial brief |
| 2/2/2023 | Benjamin W. Glass, III | 1.70 | $600 | $1,020.00 | Fourth draft of initial brief |
| 2/3/2023 | Benjamin W. Glass, III | 2.20 | $600 | $1,320.00 | Fifth draft of initial brief |
| 2/14/2023 | Benjamin W. Glass, III | 1.20 | $600 | $720.00 | Final draft of initial brief |
| 2/15/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | File opening brief |
| 3/15/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Review Consol's brief |
| 3/16/2023 | Benjamin W. Glass, III | 2.50 | $600 | $1,500.00 | Drafting reply brief; Introduction |
| 3/16/2023 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Drafting reply brief; Argument Section |
| 3/16/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Drafting reply brief; Section (A) Lincoln Did not identify suitable employment for Timothy Mullins |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/17/2023 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Drafting reply brief; (1) Lincoln erroneously ascribed to Mr. Mullins the skills and experiences of a Mine Superintendent |
| 3/17/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Drafting reply brief; (2) Mullins won his appeal of the 2016 denial |
| 3/17/2023 | Benjamin W. Glass, III | 0.60 | $600 | $360.00 | Drafting reply brief; (3) Lincoln conducted a new vocational review in 2019 for a reason |
| 3/17/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Drafting reply brief; (4) the 2019 vocational report did not identify suitable employment for Mr. Mullins |
| 3/17/2023 | Benjamin W. Glass, III | 1.30 | $600 | $780.00 | Drafting reply brief; (B) Functional Capacity |
| 3/20/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Drafting reply brief; (1) Lincoln did not ask Mr. Mullins doctors whether he could work a sedentary job |
| 3/20/2023 | Benjamin W. Glass, III | 0.40 | $600 | $240.00 | Drafting reply brief; (2) If Lincoln needed information from his doctors, it erred in not disclosing that to Mr. Mullins |
| 3/20/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Drafting reply brief; (3) the 2019 claim reinstatement and mental health limitation |
| 3/21/2023 | Benjamin W. Glass, III | 1.60 | $600 | $960.00 | Drafting reply brief; (4) Social Media Information |
| 3/21/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Drafting reply brief; (5) Can Mr. Mullins safely lift 5 lbs or 10 lbs? Does it matter? |
| 3/22/2023 | Benjamin W. Glass, III | 2.60 | $600 | $1,560.00 | Drafting reply brief; (6) Consol refuses to acknowledge established standards under ERISA |
| 3/22/2023 | Benjamin W. Glass, III | 1.40 | $600 | $840.00 | Drafting reply brief; (7) Consol leans heavily into the fact that it recently won on an unrelated matter to somehow say that it should not pay benefits to Mr. Mullins |

**EXHIBIT 1**                    Page 12 of 15

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 3/23/2023 | Benjamin W. Glass, III | 1.30 | $600 | $780.00 | Drafting reply brief; (8) The improper dependent SSDI offset is ripe for review |
| 3/23/2023 | Benjamin W. Glass, III | 0.80 | $600 | $480.00 | Drafting reply brief; (9) Lincoln's decision to terminate benefits was an abuse of discretion and drafting conclusion |
| 4/4/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Second draft of reply brief |
| 4/5/2023 | Benjamin W. Glass, III | 4.00 | $600 | $2,400.00 | Third/final draft of reply brief |
| 4/6/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | File Reply Brief on behalf of Appellant |
| 6/23/2023 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Review ECF notice that case calendared for 9/14/23; blocked off calendar |
| 6/27/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Prepare and file Argument Acknowledgement |
| 6/30/2023 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review Argument Acknowledgment Appellee made by Consol |
| 8/16/2023 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Telephone call with client to discuss upcoming mediation |
| 8/18/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review Oral Argument Notification for Wednesday, 09/13/2023 |
| 8/18/2023 | Benjamin W. Glass, III | 0.20 | $600 | $120.00 | Email to client re. upcoming oral argument |
| 8/18/2023 | Benjamin W. Glass, III | 4.00 | $600 | $2,400.00 | Review of record and briefs to prepare for oral argument |
| 8/21/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Review of record and briefs to prepare for oral argument |
| 8/22/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Review of record and briefs to prepare for oral argument |
| 8/23/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Review of record and briefs to prepare for oral argument |
| 8/24/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Drafting argument for oral argument |

**EXHIBIT 1**

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 8/28/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review TEXT ONLY ORDER |
| 8/28/2023 | Benjamin W. Glass, III | 4.00 | $600 | $2,400.00 | Drafting argument for oral argument |
| 8/29/2023 | Benjamin W. Glass, III | 3.00 | $600 | $1,800.00 | Refining argument for oral argument |
| 8/30/2023 | Benjamin W. Glass, III | 2.00 | $600 | $1,200.00 | Refining argument for oral argument |
| 8/31/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Oral argument prep; meet with team to prepare for argument |
| 9/1/2023 | Benjamin W. Glass, III | 1.50 | $600 | $900.00 | Prepare and file Motion filed to seal Joint Appendix Volumes 2 & 3 |
| 9/11/2023 | Benjamin W. Glass, III | 4.00 | $600 | $2,400.00 | Final review for oral argument |
| 9/12/2023 | Paralegal | | | $0.00 | Email to client re. link to livestream audio of oral argument |
| 9/12/2023 | Benjamin W. Glass, III | 5.00 | $600 | $3,000.00 | Travel to Philadelphia for Oral Argument |
| 9/13/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Day-off prep for oral argument |
| 9/13/2023 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Oral argument |
| 9/13/2023 | Benjamin W. Glass, III | 5.00 | $600 | $3,000.00 | Travel from Philadelphia |
| 9/13/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review CLERK'S LETTER to counsel written at the direction of the court re : 28j letters |
| 9/15/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Telephone call with client re. oral argument held |
| 9/18/2023 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Filed 28(j) letter |
| 9/22/2023 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review 28j letter from Appellee |
| 9/27/2023 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review CLERK'S LETTER to counsel  re. submitting transcript from oral argument |
| 3/21/2024 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Review order granting motion to seal |
| 3/22/2024 | Benjamin W. Glass, III | 1.00 | $600 | $600.00 | Review sealed precedential opinion, judgment, and order |
| 3/25/2024 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Submitted response to court re. unsealing opinion |

**EXHIBIT 1**                    Page 14 of 15

**Benjamin Glass**
**Associates**

| Date | Staff | Time | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 4/2/2024 | Paralegal | | | $0.00 | Call to client re scheduling appointment with Ben; email zoom link following call |
| 4/3/2024 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Zoom meeting with client re. win, calculation of benefits, and next steps |
| 5/7/2024 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Email to local counsel |
| 7/11/2024 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Filed Motion to Unseal Court's Opinion |
| 7/29/2024 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Reviewed and downloaded unsealed order, opinion, and mandate |
| 8/29/2024 | Benjamin W. Glass, III | 0.50 | $600 | $300.00 | Preparation and call with Consol lawyers re. benefits owed |
| 8/29/2024 | Benjamin W. Glass, III | 0.30 | $600 | $180.00 | Email to client re. call with Consol lawyers and status |
| 9/6/2024 | Benjamin W. Glass, III | 0.10 | $600 | $60.00 | Review and reply to email from client |
| | **TOTAL** | **307.80** | | **$184,680.00** | |

**EXHIBIT 1**

## BENJAMIN W. GLASS, III & ASSOCIATES
### Categorized Time

| Name | Activity | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Benjamin W. Glass III | Case filing through Mediation | 90.20 | $600 | $ 54,120.00 |
| Benjamin W. Glass III | Summary Judgment briefing | 85.80 | $600 | $ 51,480.00 |
| Benjamin W. Glass III | Appellate | 129.10 | $600 | $ 77,460.00 |
| Benjamin W. Glass III | Post Appeal | 2.70 | $600 | $  1,620.00 |
| **TOTAL** | | **307.80** | | **$184,680.00** |

**EXHIBIT A-1**

# EXHIBIT A-2

**Ben Glass Law**

3998 Fair Ridge Drive Ste. 250
FAIRFAX, VA  22033 US
+1 7035919829
brian@benglasslaw.com
benglasslaw.com

# Invoice

| BILL TO |
| --- |
| Mullins, Timothy |
| Timothy Mullins |
| 509 Bland St. |
| Richlands, VA  24641 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 6856 | 09/19/2024 | $9,547.17 | 10/19/2024 | Net 30 | |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 12/09/2020 | | Filing fee Western Dist of PA | | | 402.00 |
| 12/31/2020 | | Filing fee Pro hav vice fee | | | 70.00 |
| 05/05/2021 | | Mediation cost | | | 1,312.50 |
| 11/22/2022 | | Filing fee | | | 505.00 |
| 03/22/2023 | | Brief printing | | | 3,300.31 |
| 06/08/2023 | | Brief printing | | | 1,070.54 |
| 09/14/2023 | | HARD ROCK PHILADELPHIA R | | | 50.75 |
| 09/14/2023 | | UBER   TRIP | | | 24.82 |
| 09/15/2023 | | RESIDENCE INN PHILADEL | | | 299.78 |
| 09/15/2023 | | Parking for Train | | | 50.00 |
| 09/21/2023 | | Train to Philadelphia | | | 319.00 |
| 10/12/2023 | | Brief printing | | | 1,830.62 |
| 10/24/2023 | | VERITEXT LEGAL SOLUTIONS | | | 311.85 |

BALANCE DUE    **$9,547.17**