# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

TIMOTHY MULLINS,                                )
                                                )
                    Plaintiff,                  )
                                                )        Case 2-20-cv-1883-NR
        v.                                      )
                                                )
THE CONSOL ENERGY, INC. LONG                    )
TERM DISABILITY PLAN,                           )
                                                )
                    Defendant.                  )

**DECLARATION OF MARGARET S. COLEMAN, ESQUIRE**

I, Margaret S. Coleman, declare as follows:

1.      I make this declaration in support of Plaintiff Timothy Mullins' Motion for Attorneys' Fees.

2.      I am an attorney in good standing and licensed by the Commonwealth of Pennsylvania since 2005, practicing regularly in the Western District of Pennsylvania.

3.      I am an owner and managing member of the law firm of O'Brien Coleman & Wright LLC located at 116 Boulevard of the Allies, Pittsburgh, Pennsylvania 15222.

4.      I graduated *cum laude* from the University of Pittsburgh in 2005. I received my law license later that year.

5.      I am currently admitted to practice before the U.S. Court of Appeals for the Third Circuit, the Supreme Court of Pennsylvania, the U.S. District Court for the Western District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania and the U.S. District Court for the Eastern District of Pennsylvania.

6.      I am an elected member of the Academy of Trial Lawyers of Allegheny County. I have served as trial counsel for cases in the Western, Middle and Eastern Districts of Pennsylvania and the Allegheny County Court of Common Pleas. I have argued cases before the

Third Circuit Court of Appeals and the Supreme Court of Pennsylvania.

7. I serve on the Board of Directors of Neighborhood Legal Services Association and the Pennsylvania Institutional Law Project. I am an active member of the Western Pennsylvania Employment Lawyers Association.

8. My practice is focused on the area of employment litigation and plaintiff's civil rights litigation including class action litigation, and cases brought on behalf of individual plaintiffs whose civil rights have been violated.

9. As a plaintiff's lawyer in employee benefits and employment law litigation, I am intimately familiar with the practices surrounding such litigation and the fees charged by attorneys handling such litigation.  First, it is my experience that many plaintiffs' lawyers avoid handling employment law/employee benefits litigation due to the complexity of such litigation, the various nuances in the law with respect to such litigation, and lastly, and perhaps most importantly, the difficulty in recovering fees in such litigation.  It has been my experience that most plaintiffs' lawyers avoid handling such litigation due to the fact that personal injury litigation is more lucrative and plaintiffs lawyers can reasonably expect to recover, on average, three to four times their hourly rate in the handling of such matters.  It has also been my experience that plaintiffs' lawyers who do handle employee benefits/employment law litigation in this area charge hourly rates which are the minimum reasonable rates for the services rendered by such attorneys given their experience and the degree of difficulty in handling such litigation.

10. I have frequently been called upon by members of the plaintiffs' bar to determine the reasonableness of the hourly fee charged by the lawyer in civil rights and employment litigation.  Based upon that experience and other investigation and research that I have conducted into the hourly rates charged by plaintiffs' lawyers in handling employment law litigation, fees of $645 an hour for an attorney with 45 years of experience and skill, and $600 an hour for

attorneys with 40 years of experience are reasonable and well within the range of hourly fees charged by other lawyers with such expertise. For reference, my partner, Timothy P. O'Brien, who has 49 years of experience charges $700/hour for his services.

11.     As an active plaintiffs' lawyer who handles a large percentage of employment law litigation, I am familiar with Tybe Brett and her abilities and reputation as a plaintiff's lawyer handling employment law and ERISA cases. As a result of co-counseling cases with Tybe Brett and Feinstein Doyle Payne & Kravec, and collaborating with Ms. Brett on employment and benefits matters, I know that she is an accomplished employment law and ERISA litigator and, in my opinion, her requested hourly rates are clearly within the prevailing hourly rates for such services.

12.     While I am not personally acquainted with Ben Glass, Ms. Brett's co-counsel in this case, given his qualifications and 40 years of experience, his requested hour rate is clearly within the prevailing hourly rates for such services.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2024

_____
Margaret S. Coleman