# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case 2-20-cv-1883-NR |
| v. | ) |
| | ) |
| THE CONSOL ENERGY, INC. LONG | ) |
| TERM DISABILITY PLAN, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF GREGORY G. PAUL, ESQUIRE

I, Gregory G. Paul, declare as follows:

1.      I make this declaration in support of Plaintiff Timothy Mullins's Motion for Attorneys' Fees.

2.      I am an attorney licensed to practice in the states of California, Maryland, Pennsylvania, Texas, and West Virginia. I am also admitted and practice in the following federal courts: California: Eastern, Central, Northern and Southern Districts; Colorado: District Court; Illinois: Northern District; Maryland: District Court; Michigan: Eastern District; Missouri: Western District; Ohio: Northern and Southern Districts; Pennsylvania: Western, Middle and Eastern Districts; Texas: Eastern and Southern District; West Virginia: Northern and Southern District. United States Court of Appeals for the Third, Fourth, Fifth, Sixth and Ninth Circuits; and the Supreme Court of the United States.

3.      I am currently the President of the law firm Paul Law Offices, PLLC. Throughout my twenty-six (26) year career as an attorney, my practice has concentrated in the area of litigation in federal employment rights, including cases filed under the

Employee Retirement Income Security Act (ERISA). I have filed and served as lead counsel in over one hundred (100) ERISA cases in the federal courts.

4. I received my J.D. degree from the University of the Pacific, McGeorge School of Law in 1998 where I was on the Dean's List and a staff writer on law review.

5. I am a current member of the following professional organizations: National Employment Lawyers Association (NELA); Western Pennsylvania Employment Lawyers Association (WPELA); California Employment Lawyers Association (CELA); Million Dollar Advocates Forum, and the American Diabetes Association- Legal Advocacy Subcommittee.

6. I have presented the following courses at seminars for CLE credit: SCBA: The Legalities of Employee Leave of Absence and Insurance Benefits (2021); PBI-Employment Law West: When is Social Discourse too Course for Work (2018); Hypothetically Speaking: A Discussion of FMLA and ADA Challenges (2017); Current Consideration Regarding Non-Compete Agreements (2016); Disability Claims under the ADA, FMLA and ERISA (2015); ADA and Regulatory Hot Buttons (2014), The ADA: Two Decades Later (2013), and Game On: The New ADA (2012), Pittsburgh, PA; National Employment Lawyers Association: Breaking Down the Barriers in the Workplace, Oakland, CA (2010); NBI: Litigating ERISA Cases, Pittsburgh, PA (2008); ADA: Fighting for Fairness, Atlanta, GA (2006) and Chicago, IL (2008).

7. Since 1999, my practice has almost exclusively represented individuals in disability and employment cases before the federal courts including cases filed under ERISA against insurance companies and self-funded plans.

2

8.    My 2023-2024 hourly rate for services performed in Pennsylvania is $550 per hour. My hourly rate reflects the reasonable market rate of legal services in the community in private practice based upon similar skill and experience for litigation.

9.    In my capacity as a member of the National Employment Lawyers Association (NELA) since 1999, the Western Pennsylvania Employment Lawyers Association (WPELA) and as a plaintiff's lawyer in employee benefits and employment law litigation, I am intimately familiar with the practices surrounding such litigation and the fees charged by attorneys handling such litigation.

10.    The representation of individuals in the areas of ERISA is complex and not within the standard skill set of most litigation attorneys.

11.    As part of my professional experience, I have been a frequent speaker at continuing legal education presentations addressing employment law and ERISA topics. In that position, I have frequently been called upon by members of the plaintiffs' bar to determine the reasonableness of the hourly fee charged by the lawyer in civil rights and employment litigation.  Based upon that experience and other investigation and research that I have conducted into the hourly rates charged by plaintiffs' lawyers in handling employment law litigation, fees of $645 an hour for an attorney with 45 years of experience and skill, and $ 600 an hour for attorneys with 40 years of experience are reasonable and well within the range of hourly fees charged by other lawyers with such expertise.

12.    In my capacity as an active member of the Western Pennsylvania Employment Lawyers Association (WPELA) and as an active plaintiffs' lawyer who handles a large percentage of employment law litigation, I am familiar with Tybe Brett

3

and her abilities and reputation as a plaintiff's lawyer handling employment law and ERISA cases. As a result of the above with respect to Ms. Brett's experience and qualifications on employment and ERISA matters and benefits matters, I know that she is an accomplished employment law and ERISA litigator appellate advocate and, in my opinion, her requested hourly rates are clearly within the prevailing hourly rates for such services.

13.     While I am not personally acquainted with Ben Glass, Ms. Brett's co-counsel in this case, given his qualifications and 40 years of experience, his requested hour rate is clearly within the prevailing hourly rates for such services.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2024

Gregory G. Paul