# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case 2-20-cv-1883-NR |
| v. | ) |
| | ) |
| THE CONSOL ENERGY, INC. LONG | ) |
| TERM DISABILITY PLAN, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF GLENN KANTOR, ESQUIRE

I, Glenn Kantor, declare as follows:

1.     I make this declaration in support of Plaintiff Timothy Mullins's Motion for Attorneys' Fees.

2.     The following information is based on my personal knowledge and if called as a witness herein, I can testify competently thereto.

3.     I am an attorney at law duly licensed to practice before all courts in the State of California, the U.S. Supreme Court, the Ninth Circuit Court of Appeal, and the United States Northern, Central, Southern, and Eastern District Courts. I am one of the founding partners of the law firm of Kantor & Kantor, LLP.

4.     I have been admitted to the California Bar for 38 years and have spent most of my time practicing in the area of ERISA-regulated employee benefit plans since the 1987 United States Supreme Court decision in Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41, 107 S. Ct. 1549, 95 L. Ed. 2d 39 (1987).

5. From July 1986 to March 1992, I worked as a defense attorney for Meserve, Mumper & Hughes LLP, primarily handling claims for disability benefits governed under California law and individual ERISA cases.

6. In 1992, my partner, Daniel S. Gruber, Esq., and I established the Law Firm Gruber & Kantor, LLP with the intent to focus on the representation of individuals with disputed claims for ERISA-regulated employee benefits. For the past 32 years, I have represented no less than 4,000 individual Plaintiffs in ERISA benefits matters. As set forth in more detail below, I am considered one of the leading Plaintiffs' ERISA lawyers in California, if not the United States.

7. In 2004, my wife, Lisa S. Kantor, Esq., and I formed the Law Firm Kantor & Kantor, LLP. We are a well-known, well-respected law firm, and ERISA litigation constitutes a vast majority of the firm's work. Over the past 32 years, I have either personally handled or supervised Junior Partners or Senior Associates in the handling of no less than 4,000 ERISA matters. While many of the cases settled prior to judgment, I have obtained judgment in more than 100 ERISA cases and have been appellate counsel if those matters were appealed. I consider myself an ERISA specialist. In each of the past ten years, I have been named a "Super Lawyer" by Los Angeles Magazine in ERISA litigation.

8. Effective January 1, 2024, Kantor & Kantor has set new hourly rates for Founding Partners Glenn & Lisa Kantor at $900.00 per hour, Senior Partners handling individual ERISA cases at $800.00 per hour, Junior Partners at $750.00 an hour, and Senior Associates at $700.00 per hour.

9. In certain circumstances, clients have retained my firm to represent them on an hourly basis. The rate for such representation is commensurate with the prevailing market rate

2

at the time. Typically, when we are retained on an hourly basis, the clients are seeking assistance in either guiding them through the claim process or seeking a negotiated buyout of an ongoing claim. The rate for such consultations as of 2024 is $900.00 per hour, and several clients paid our firm at that rate for these types of services.  My current hourly rate for consultations is $900.

10.    On more than one occasion, I have been called by Central District Magistrates while they were presiding at settlement conferences to ask my opinion as to the applicable law on an ERISA question which arose during a settlement conference.   I have also had several District Court Judges sitting in the Central District of California refer family members to me for representation.

11.    Over the past five years, I, along with other Kantor & Kantor attorneys, have successfully litigated ERISA cases at the Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, & Eleventh Circuit Courts of Appeals.   In the majority of these cases, other firms brought us in to handle the appeal of a case lost at the District Court.

12.    My practice regularly includes cases in the Central, Northern, Southern, and Eastern Districts of California and I am familiar with the rates charged by attorneys in these Districts for cases that involve ERISA or similar complex to the representation of plan participants seeking benefits in ERISA cases. My firm receives inquiries from other attorneys from all over the country regarding ERISA issues. Many of these attorneys specialize in ERISA and some do not. ERISA is a very involved area of the law. The files are extremely factually involved, which makes them extraordinarily time-consuming to litigate. To perform adequately in this area, an ERISA attorney is always required to keep on top of the law. No fewer than 15 seminal cases were decided across the country in this area over the past three years. Because

3

ERISA issues are a matter of federal law, it is necessary to keep abreast of all new Circuit Court ERISA decisions. Thus, I perform at least five hours per week reading the recent cases decided in the various federal circuit and district courts to maintain my knowledge in this area of law. (This does not include all the individual research I perform for my own cases).

13. I am well-acquainted with members of the national bar of attorneys who represent individual ERISA participants and beneficiaries and the rate they charge; and regularly meet with such individuals at national bar association meetings. I am also familiar with the complexity of ERISA welfare benefit claims. There is a very limited pool of experienced and qualified attorneys nationwide who successfully litigate ERISA claims on behalf of plaintiffs.

14. I have handled a number of matters in the 4th Circuit Court of Appeals and was the prevailing attorney on two published ERISA decisions in the 4th Circuit, Shupe v. Hartford, 19 F.4th 697 (2021) and Tekmen v. Reliance Standard Life Insurance Company, 55 F.4th 951 (2022).

15. I am familiar with attorneys Ben Glass and Tybe Brett and their expertise in ERISA. They are among the limited pool of experienced and qualified attorneys nationwide who successfully litigate ERISA claims on behalf of individual plaintiffs.

16. I have known Ms. Brett for nearly 15 years. Members of my firm have consulted with her on pending cases, have co-counseled a case in Pennsylvania and routinely refer matters to her. Ms. Brett is a knowledgeable and experienced ERISA practitioner who is well-versed in ERISA litigation issues. I am aware that Ms. Brett is claiming an hourly rate of $645.00. In my opinion, which I hold to a reasonable degree of professional certainty, that rate is consistent with, if not below market-rate for attorneys engaged in ERISA practice and with 45 years of experience.

17. I have known Mr. Glass for approximately twenty years and have consulted with him on complicated issues pertaining to ERISA on numerous occasions. There are few attorneys who match his expertise, and I am aware of none who surpass his level of knowledge as to ERISA litigation. I am aware that Mr. Glass is claiming an hourly rate of $600.00. In my opinion, which I hold to a reasonable degree of professional certainty, that rate is consistent with, if not below market-rate for attorneys engaged in ERISA practice and with more than 40 years of experience.

18. I have been in the position of litigating an ERISA case at the District Court, and then represented my client as the appellant or appellee. Billing 400 hours to bring a case to resolution is typical of such situations.

19. It is my opinion that the number of hours incurred for the services listed is reasonable in a matter as complex as this case with a record of over 500 pages.

20. I have no financial interest in the outcome of the above captioned matter, nor have I been paid for my time in preparing this declaration.

Pursuant to 28 U.S.C. §1746, the undersigned declares under penalty of perjury that the foregoing is true and correct.

Executed on September 23 , 2024     _____
Glenn Kantor

5