# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY MULLINS                      )
                                     )
                Plaintiff,           )
                                     )
    vs.                              )        No. 2:20-cv-1883-NR
                                     )
THE CONSOL ENERGY, INC. LONG         )
TERM DISABILITY PLAN                 )
                                     )
                Defendant.           )

## DECLARATION OF BENJAMIN W. GLASS, III

The undersigned, Benjamin W. Glass, III, being duly sworn, makes this affidavit in support of his own personal knowledge and states the following:

1.      I am the attorney who represented Timothy Mullins in this action.

2.      I make this declaration to correct typographical errors in the time records, attached as Exhibit A-1 to my affidavit given in support of plaintiff's motion for award of attorney's fees (Doc. 47-3 at pages 8-23 of 26).

3.      The entry dated 9/3/2020 states that the claim file from Lincoln of 2,418 pages was received and assigned for scanning. I have reexamined this claim file, and it is 3,418 pages. The claim file contained hundreds of pages of medical records and claim notes dating back to at least 2016. Attached is a table of contents or our working claim file which was itself over 300 pages long.

1

4.    The review of Mr. Mullins's claim file took a lot of time because Mr. Mullins contacted us after he lost his administrative appeal.  Because we did not handle his administrative appeal, we were not familiar with his file.

5.    The entries for 7/2/2021 to 7/6/2021 (Doc. 47-3 at page 16) indicate work performed on the brief in support of summary judgment, which was filed on June 15, 2021. Those entries obviously contain typographical errors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

_____
Benjamin W. Glass, III

STATE OF VIRGINIA
COUNTY OF FAIRFAX, to-wit:

This day personally appeared BENJAMIN W. GLASS, III before me, a Notary Public in and for the jurisdiction aforesaid, and stated that the foregoing Affidavit in Support of an Award of Attorney Fees is true and correct to the best of his knowledge, information and belief.

Given under my hand this __16th__ day of __October__, 2024.

Mary Alice Freeman
NOTARY PUBLIC
REGISTRATION # 7941117
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES February 28, 2025

_____
Notary Public
My commission expires: 2/28/2025

2

# Exhibit G-1

**Condensed Claim File**

| | |
|---|---|
| Client: | Timothy Mullin (DOB: 2/28/68) |
| Employer: | Consol Energy Inc. |
| Insurer: | Lincoln Financial Group (Lincoln Life Assurance Company of Boston) |
| Health Issues: | anxiety, arthritis, depression, degenerative joint disease, GERD, left tibialis posterior tendinitis, low back pain, osteochondral defect of talus & multiple surgeries (cervical spine, thoracic x 2, left hand, shoulder bicep repair); cervical spondylosis without myelopathy, diabetes, herniated cervical disc, lumbar & cervical radiculopathy, borrelia burgdorferi (Lyme disease); heart attack |

## TABLE OF CONTENTS

| Document | Page |
|---|---|
| Summary | 1 |
| Denial letter 6/17/20 | 12 |
| Denial letter 12/20/19 | 24 |
| Denial letter 11/8/18 | 31 |
| Denial letter 11/21/16 | 35 |
| Approval letter 11/23/15 | 41 |
| Insurer letter reopening claim 3/14/19 | 44 |
| Appeal request 12/16/16 | 46 |
| Appeal request 2/20/19 | 48 |
| Appeal request 4/20/20 | 50 |
| Appeal request by LL? | 51 |
| Job Demands "Underground Section Foreman" | 52 |
| Training Education Experience Form | 55 |
| Family Information Questionnaire 10/30/15 | 57 |
| Activities Questionnaire 10/20/15 | 58 |
| Medical Source Statement (Physical) 12/20/16? | 61 |
| Claimant Supplementary Statement 8/31/16 | 65 |
| Activities Questionnaire 8/31/16 | 66 |
| Medical Source Statement (Physical) 12/27/16 | 69 |
| Claimant Supplementary Statement 12/17/19 | 73 |
| Third Party Liability Form | 74 |
| Medical Source Statement (Physical) 6/19/17 | 75 |
| Medical Source Statement (Physical) 6/5/17 | 79 |
| Activities Questionnaire 4/24/17 | 83 |
| Activities Questionnaire 1/22/18 | 86 |
| Claimant Supplementary Statement 1/22/18 | 89 |
| Psychological Evaluation Report of Treating Dr. Steward 12/10/18 | 90 |
| Medical Source Statement (Mental) 1/14/19 | 91 |
| Medical Source Statement (Mental) 1/15/19 | 94 |
| Activities Questionnaire 8/1/19 | 97 |
| Claimant Supplementary Statement 9/27/19 | 100 |
| Activities Questionnaire 9/27/19 | 101 |
| MRI Lumbar 2019 | 104 |
| Vocational Case Management Report 6/4/20 (contains all previous TSA) | 105 |
| Psychological Evaluation report of Treating Dr. Miller 9/17/16 | 117 |

Peer Review Report of Dr. Thakur, Psychiatry 11/3/16                121
Peer Review Report of Dr. Graham, Physical Medicine 11/1/16        122
Psychological Evaluation Report of Treating Dr. Steward 1/12/17    137
Psychiatric Report of treating Dr. Dar 7/6/17                      144
Psychological Evaluation report of treating Dr. Steward 6/23/17    147
Peer Review report of Dr. Albers, Psychiatry 10/1/18              153
Peer Memorandum of Dr. Bomar, Orthopaedic Surgery 9/4/18          166
Peer Memorandum of Dr. Bomar 9/7/18                              169
Peer Memorandum of Dr. Bomar 9/11/18 – Addendum                  170
Peer Review Report of Dr. Patel 12/16/19                          171
   Phone summaries re phone calls to treating physicians (not signed)    184
Peer Review Report of Dr. Kohan, Physical Medicine 5/12/20        188
  Addendum 6/2/20                                           201
Claims file notes                                                 204
  Social Media images                                       246
  Facebook link                                             252
Social security file                                              299