# EXHIBIT H

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY MULLINS,                          )
                                          )
              Plaintiff,                   )
                                          )  Case 2-20-cv-1883-NR
      v.                                   )
                                          )
THE CONSOL ENERGY, INC. LONG               )
TERM DISABILITY PLAN,                      )
                                          )
              Defendant.                    )

## DECLARATION OF TYBE ANN BRETT

1.      I am over the age of 18 and competent to testify about the matters below.

2.      I am of counsel to the firm of Feinstein Doyle Payne & Kravec, LLC. ("FDPK"), and one of the counsel representing the Plaintiff in this action, along with Ben Glass of Ben Glass Law in Fairfax, Virginia.

3.      In addition to the time detailed in the time records attached as Exhibit B-1 to my Declaration (Doc. 47-04 at 9-11 of 26), I spent on Mr. Mullins's case, I incurred 13.50 hours researching and drafting this Reply Brief. The spreadsheet attached as Exhibit H-1 summarizes my contemporaneous time records.

4.      With the adjustments noted in the previous paragraph and those set forth in the Reply Brief, Plaintiff seeks fees as follows:

| Name | Original Requested Hours | Adjustment | Adjusted Requested Hours | Hourly Rate | Lodestar |
|------|------|------|------|------|------|
| Ben Glass | 307.80 | - 9.00 | 298.80 | $600 | $179,280.00 |
| Tybe Brett | 91.30 | + 13.50<br>- 2.00 | 102.80 | $645 | $66,306.00 |
| Total | | | | | $245,586.00 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

Executed on October 16, 2024

Tybe Ann Brett

# Exhibit H-1

**Mullins Reply Brief**
**Time Report**

| Date | Professional | Time | Rate | Amount | Description |
|------|------------|------|------|--------|-------------|
| 10/10/2024 | Brett, Tybe A. | 1.00 | $645 | $645.00 | Research and  draft reply brief ISO fee motion |
| 10/11/2024 | Brett, Tybe A. | 2.50 | $645 | $1,612.50 | Research and  draft reply brief ISO fee motion |
| 10/13/2024 | Brett, Tybe A. | 1.00 | $645 | $645.00 | Research and  draft reply brief ISO fee motion |
| 10/13/2024 | Brett, Tybe A. | 1.00 | $645 | $645.00 | Research and  draft reply brief ISO fee motion |
| 10/14/2024 | Brett, Tybe A. | 4.30 | $645 | $2,773.50 | Research and  draft reply brief ISO fee motion |
| 10/15/2024 | Brett, Tybe A. | 3.70 | $645 | $2,386.50 | Research and  draft reply brief ISO fee motion |
|  | Total | 13.50 |  | $8,707.50 |  |

EXHIBIT H-1